IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EARNEST J. FILES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv770-MHT |
| | ) | (WO) |
| TALLAPOOSA COUNTY | ) | |
| NARCOTICS TASK FORCE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in a county jail, filed this lawsuit claiming violations of his constitutional rights in connection with his arrest and the court proceedings on his criminal case in state court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted, except that the lawsuit will be dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**